**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000099**
**21-JAN-2022**
**07:47 AM**
**Dkt. 170 OCOR**

NO.  CAAP-20-0000099
(Consolidated with CAAP-20-0000100)

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI


**CAAP-20-0000099**
IN THE MATTER OF ADOPTION OF A MALE CHILD


AND


**CAAP-20-00000100**
IN THE MATTER OF ADOPTION OF A MALE CHILD


APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-A NO. 18-1-0005K and FC-A NO. 18-1-19K)


ORDER OF CORRECTION
(By:  Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion entered on December 28, 2021 (docket no. 153) in the above case is hereby corrected as follows:

1.  On page 1, in the caption, the case name, delete "BORN ON NOVEMBER 5, 2013" so that as corrected, the text reads: IN THE MATTER OF ADOPTION OF A MALE CHILD

---

[1]     Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, January 21, 2022.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge